IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:05-CR-72-D
No. 4:12-CV-41-D

| | | |
|---|---|---|
| DELVECKEO LAMONT GOINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The United States has withdrawn its opposition to Delveckeo Lamont Goins's motion to vacate

his conviction on count two [D.E. 31]. The court has reviewed the entire record and GRANTS the

motion to vacate as to count two [D.E. 25]. Goins's conviction on count two [D.E. 23] is VACATED.

Goins pled guilty to count two as part of a plea agreement [D.E. 12]. Pursuant to the plea

agreement, the United States moved to dismiss count one at sentencing. See id. ¶ 4a. The court

granted the motion and dismissed count one at sentencing [D.E. 23]. The Fourth Circuit's decision

in United States v. Simmons, 649 F.3d 237 (4th Cir. 2011) (en banc), does not impact count one, and

the United States wishes to proceed with count one. In light of the plea agreement and changed

circumstances wrought by Simmons, the court reinstates count one of the indictment. See Ricketts v.

Adamson, 483 U.S. 1, 8–12 (1987); United States v. Maybeck, 23 F.3d 888, 894–95 (4th Cir. 1994).

Accordingly, the United States shall release Goins from prison, but shall detain and transport Goins

to this district for a detention hearing and further proceedings on count one.

SO ORDERED. This **18** day of December 2012.

JAMES C. DEVER III
Chief United States District Judge